IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STACY HARRISON, #221 426, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO.  3:14-CV-586-WKW |
| COMMISSIONER KIM | ) [WO] |
| THOMAS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On August 13, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 13.)  Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED.  Accordingly, it is ORDERED as follows:

(1) Plaintiff's action against Defendants Kim Tobia Thomas, Gwendolyn Mosely, Joseph Womble, Capt. Adair, Lt. Jackson, Curtis Young, and CEO Kim is DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i & ii);

(2) Defendants Thomas, Mosely, Womble, Adair, Jackson, Young, and Kim are DISMISSED as parties to the Complaint;

(3) Plaintiff's § 1983 conspiracy claim against all named Defendants is DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915(i);

(4) Plaintiff's § 1983 claim of verbal abuse and/or threats against Sgt. Lovelace is DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915(i); and

(5) This action with respect to Plaintiff's remaining claims against Defendants Lovelace and Lawrence Estes regarding discrimination and falsifying the disciplinary report is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 9th day of September, 2014.

                                                 /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE