IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STACY LASHUN HARRISON, <br> # 221426, <br><br> Plaintiff, <br><br> v. <br><br> SGT. LOVELACE, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 3:14-CV-586-WKW <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

On November 24, 2015, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 29.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1)   The Recommendation is ADOPTED; and

(2)   This case is DISMISSED without prejudice for Plaintiff's failures to comply with the orders of the court and to prosecute this action.

A separate final judgment will be entered.

DONE this 22nd day of December, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE